IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRYSTAL CRAWFORD | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE INSURANCE COMPANY, | : | NO. 07-3758 |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 31st day of August, 2009, upon consideration of Allstate's Motion for Summary Judgment (Doc. No. 13), Crystal Crawford's Response (Doc. No. 16), and Allstate's Reply Brief (Doc. No. 17), it is hereby **ORDERED** that Allstate's Motion for Summary Judgment is **GRANTED**. Judgment is entered in favor of defendant Allstate Insurance Company and against plaintiff Crystal Crawford.

This case is **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.